# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MARATHON FUNDING SERVICES INC., *et al.*,

        Plaintiffs,

v.

LOUIS J. BERG, *et al.*,

        Defendants.

Case No. C19-0828-JCC

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 11);

(2)    Plaintiffs' *in forma pauperis* applications (Dkt. Nos. 8, 9) are DENIED;

(3)    Plaintiffs shall pay the filing fee within 30 days from the date of this order, or their complaint will be dismissed;

(4)    The Clerk is directed to send copies of this order to the parties and to Judge Peterson.

//

//

1     Dated this 2nd day of August, 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0828-JCC
PAGE 2