THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARATHON FUNDING SERVICES, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS J. BERG *et al.*, <br><br> Defendants. | CASE NO. C19-828-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiffs filed a complaint on May 29, 2019. (Dkt. No. 1.) It does not appear that Defendants have been served. Plaintiffs are ORDERED to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs' written response is due by Friday, January 3, 2020.

DATED this 18th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-828-JCC
PAGE - 1