THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARATHON FUNDING SERVICES INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS J. BERG, IRVING A. SONKIN, *et al.*, <br><br> Defendants. | CASE NO. C19-0828-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of withdrawal and substitution of counsel (Dkt. No. 21). Having thoroughly considered the stipulation and the relevant record, the Court hereby GRANTS the motion and ORDERS that attorney Irving A. Sonkin of the law firm of Sonkin & Schrempp PLLC is hereby withdrawn as counsel of record in this matter and Jeffrey P. Downer and Andrew H. Gustafson of the law firm of Lee Smart, P.S., Inc. are substituted as counsel of record for Defendant Irving A. Sonkin. The Clerk is DIRECTED to amend the docket to reflect the changes in representation specified above.

//

1      DATED this 4th day of February 2020.

2                                                 <u>William M. McCool</u>
                                                 Clerk of Court

                                               <u>s/Tomas Hernandez</u>
                                               Deputy Clerk

MINUTE ORDER
C19-0828-JCC
PAGE - 2