THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARATHON FUNDING SERVICES, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS J. BERG *et al.*, <br><br> Defendants. | CASE NO. C19-0828-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to Plaintiffs' former counsel providing Plaintiffs' corrected address to the Clerk's office. The Clerk is DIRECTED to mail a copy of the Court's prior order granting Plaintiffs' counsel's motion to withdraw, (Dkt. No. 34), and a copy of this order to Plaintiffs Marathon Funding Services, Inc., Robert Crawford, and Peter Yagi at: 2003 S. 216th St., PO Box 98689, Des Moines, WA 98198. The Clerk is DIRECTED to update the docket to reflect the correct address for Plaintiffs.

In its prior order, the Court ordered Plaintiff Marathon Funding Services to show cause why it should not be dismissed for failing to obtain counsel. (*See* Dkt. No. 34.) The Court hereby extends that deadline and ORDERS Plaintiff Marathon Funding Services to respond to the order

to show cause no later than May 29, 2020.

DATED this 6th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk